# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: ROBERT L. LOFTUS § Case No. 10-71918
      CHERI L. LOFTUS § 
      §
      Debtors § 

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/19/2010.

2) The plan was confirmed on 09/03/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 04/24/2013.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,500.00.

10) Amount of unsecured claims discharged without full payment: $37,931.08.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 6,055.00 | |
| Less amount refunded to debtor | $ 7.00 | |
| **NET RECEIPTS** | | $ 6,048.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 303.99 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,303.99 |
| Attorney fees paid and disclosed by debtor: | $ 500.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY JACQUELINE J | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,000.00 | 0.00 |
| BAC HOME LOANS / | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| WYNDHAM VACATION OWNERSHIP | Uns | 0.00 | 36,511.22 | 0.00 | 0.00 | 0.00 |
| ORANGE LAKE COUNTRY CLUB | Uns | 0.00 | 8,800.04 | 0.00 | 0.00 | 0.00 |
| US BANK / NA ND | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 673.00 | NA | NA | 0.00 | 0.00 |
| BP OIL / CITIBANK SD NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 500.00 | 500.00 | 500.00 | 58.29 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 2,653.00 | 2,846.16 | 2,846.16 | 331.80 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,570.00 | 3,582.50 | 3,582.50 | 417.64 | 0.00 |
| EAST BAY FUNDING | Uns | 3,174.00 | 2,827.07 | 2,827.07 | 329.57 | 0.00 |
| CHASE AUTO FINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 2,982.00 | 3,135.49 | 3,135.49 | 365.53 | 0.00 |
| CHASE / BANK ONE CARD | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CHASE / BANK ONE CARD | Uns | 2,962.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS BOOK OF THE MONTH | Uns | 38.00 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 800.00 | 1,090.16 | 1,090.16 | 127.09 | 0.00 |
| COMMONWEALTH EDISON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDIT COLLECTION SERVICES | Uns | 72.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 686.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 1,347.00 | NA | NA | 0.00 | 0.00 |
| DSNB / MACYS | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| EQUIFAX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EXPERIAN NCAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FOCUS ON WOMEN | Uns | 965.00 | NA | NA | 0.00 | 0.00 |
| HOLIDAY INN CLUB - LAKE | Uns | 188.00 | NA | NA | 0.00 | 0.00 |
| ERROR | Uns | 2,756.00 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP | Uns | 415.00 | 1,821.14 | 1,821.14 | 212.31 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 650.00 | 3,174.49 | 3,174.49 | 370.07 | 0.00 |
| KCA FINANCIAL SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KEY FINANCIAL SERVICES | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY PHYSICIANS | Uns | 33.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE INC | Uns | 2,686.00 | NA | NA | 0.00 | 0.00 |
| MERIDIAN FINANCIAL SERVICES | Uns | 1,043.00 | NA | NA | 0.00 | 0.00 |
| NEW BEGINNINGS PEDIATRICS | Uns | 523.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 16.00 | NA | NA | 0.00 | 0.00 |
| ORANGE LAKE CAPITAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 2,023.00 | 706.73 | 706.73 | 82.39 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SAFEKEEPING INC | Uns | 340.00 | NA | NA | 0.00 | 0.00 |
| SHELL | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| SHELL / CITI | Uns | 871.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Uns | 474.00 | 599.93 | 599.93 | 69.94 | 0.00 |
| TRANSUNION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Uns | 310.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 2,330.36 | 2,330.36 | 271.67 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 924.06 | 924.06 | 107.71 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 23,538.09 | $ 2,744.01 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,303.99 |
| Disbursements to Creditors | $ 2,744.01 |
| **TOTAL DISBURSEMENTS:** | $ 6,048.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  07/25/2013        By:  /s/ Lydia S. Meyer
                                            Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.